and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of a Presentment by the Grand Jury of RICHMOND COUNTY, January, 1929.— Orders signed. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

THE JEWISH CONSUMPTIVES' RELIEF SOCIETY, Appellant, v. TOWN OF WOODBURY and Others, Respondents.— Motion to resettle order of June 23, 1930, granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

WILLIAM R. KLEIN, Appellant, v. JOSEPH M. KLEIN and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

FREDERICK J. OSTROW, Respondent, v. RAYSEC CORPORATION, Appellant. ROY E. THOMPSON, Defendant.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

FREDERICK J. OSTROW, Respondent, v. RAYSEC CORPORATION, Appellant. ROY E. THOMPSON, Defendant.— Motion for reargument of motion to dismiss appeal granted, and on reargument motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ALEXANDER POLIN, Substituted in the Place and Stead of JOSEPH RUDDOCK, Deceased, etc., Respondent, v. SAM KAPLAN, as President, etc., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

GEORGE PUGH, Respondent, v. GUISEPPE DeMARIA and Others, Defendants. TRIBORO FRUIT AUCTION Co., INC., Appellant.— Motion to dismiss appeal from order dated July 17, 1930, denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RICHESTSKY, Appellant.— Motion to enlarge time to perfect and argue appeal to December term denied. Motion to vacate order dismissing appeal denied. Motion to dispense with printing record denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PENNESTRI and LUCIA PENNESTRI, Appellants.— Motion to adjourn argument granted and case ordered on the calendar for the November term. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK STANGLER, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the December term, for which term the case is ordered on the calendar. Motion to dispense with printing record denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK J. VITALE, Appellant.— Motion to dispense with printing record on appeal and briefs denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.